Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−21501
Chapter: 13
Judge: Donald R Cassling

In Re:
  Susan Ann Mason
  15712 Orlan Brook Dr
  APT# 151
  Orland Park, IL 60462

Social Security / Individual Taxpayer ID No.:
  xxx−xx−5164

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on February 28, 2019

FOR THE COURT

Dated: March 1, 2019                                            Jeffrey P. Allsteadt , Clerk
                                                                         United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 17-21501-DRC
Susan Ann Mason                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: agalimba              Page 1 of 2                Date Rcvd: Mar 01, 2019
                              Form ID: ntcdsm             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db             +Susan Ann Mason,    15712 Orlan Brook Dr,    APT# 151,    Orland Park, IL 60462-7947
25836048       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
25836047       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
25836031       +GMAC Mortgage,    Attn: Bankruptcy Dept.,    Po Box 4622,    Waterloo,IA 50704-4622
25836032       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LL,    Attn: Bankruptcy Dept.,    350 Highland Dr,
                 Lewisville,TX 75067)
25836049       +Orlan Brook Association,    C/O Weaver Realty & Management,    7815 W 159th,
                 Tinley Park,IL 60477-1343
25836046       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25836037       +EDI: CITICORP.COM Mar 02 2019 07:08:00      CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,
                 Sioux Falls,SD 57117-6241
26043028        EDI: BL-BECKET.COM Mar 02 2019 07:09:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
25836042       +EDI: CAPITALONE.COM Mar 02 2019 07:08:00      Capitalone,    Attn: Bankruptcy Dept.,
                 15000 Capital One Dr,    Richmond,VA 23238-1119
25836038       +EDI: CHASE.COM Mar 02 2019 07:08:00      Chase CARD,    Attn: Bankruptcy Dept.,    Po Box 15298,
                 Wilmington,DE 19850-5298
25836044       +EDI: CBSKOHLS.COM Mar 02 2019 07:08:00      Kohls/Capone,    Attn: Bankruptcy Dept.,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls,WI 53051-7096
25836044       +E-mail/Text: bncnotices@becket-lee.com Mar 02 2019 02:52:13       Kohls/Capone,
                 Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls,WI 53051-7096
26106689        EDI: RESURGENT.COM Mar 02 2019 07:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
26039404        EDI: RESURGENT.COM Mar 02 2019 07:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
25836033       +EDI: TSYS2.COM Mar 02 2019 07:08:00      Mcydsnb,    Attn: Bankruptcy Dept.,    Po Box 8218,
                 Mason,OH 45040-8218
25913006        EDI: AGFINANCE.COM Mar 02 2019 07:08:00      OneMain,    P.O. Box 3251,
                 Evansville, IN 47731-3251
25836045       +EDI: AGFINANCE.COM Mar 02 2019 07:08:00      Onemain,    Attn: Bankruptcy Dept.,    Po Box 1010,
                 Evansville,IN 47706-1010
26730146        EDI: PRA.COM Mar 02 2019 07:08:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
26077939        EDI: PRA.COM Mar 02 2019 07:08:00      Portfolio Recovery Associates, LLC,    Successor to,
                 CAPITAL ONE BANK (USA), N.A.,    (CAPITAL ONE BANK, N.A.),    POB 41067,    Norfolk, VA 23541
25969750        EDI: Q3G.COM Mar 02 2019 07:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
25836040       +EDI: RMSC.COM Mar 02 2019 07:09:00      Syncb/AMER EAGLE DC,    Attn: Bankruptcy Dept.,
                 Po Box 965005,    Orlando,FL 32896-5005
25836034       +EDI: RMSC.COM Mar 02 2019 07:09:00      Syncb/CARE CREDIT,    Attn: Bankruptcy Dept.,
                 950 Forrer Blvd,    Kettering,OH 45420-1469
25836043       +EDI: RMSC.COM Mar 02 2019 07:09:00      Syncb/Gapdc,    Attn: Bankruptcy Dept.,    Po Box 965005,
                 Orlando,FL 32896-5005
25838747       +EDI: RMSC.COM Mar 02 2019 07:09:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
26175633       +E-mail/Text: bncmail@w-legal.com Mar 02 2019 02:53:46       TD BANK USA, N.A.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
25836036       +EDI: WTRRNBANK.COM Mar 02 2019 07:08:00      TD BANK USA/Targetcred,    Attn: Bankruptcy Dept.,
                 Po Box 673,    Minneapolis,MN 55440-0673
25836035       +EDI: WFFC.COM Mar 02 2019 07:08:00      WFDS,    Attn: Bankruptcy Dept.,    Po Box 1697,
                 Winterville,NC 28590-1697
25915228        EDI: WFFC.COM Mar 02 2019 07:08:00      Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,
                 Irvine, CA 92623-9657
                                                                                               TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25836041*      +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241
25836039*      +Chase CARD,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
26035685*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas 75261-9741)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: agalimba              Page 2 of 2                  Date Rcvd: Mar 01, 2019
                              Form ID: ntcdsm             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:

```
          Cecil D Scruggs    on behalf of Debtor 1 Susan Ann Mason ndil@geracilaw.com
          David   Kosk    on behalf of Debtor 1 Susan Ann Mason ndil@geracilaw.com
          Kyle T Dallmann    on behalf of Debtor 1 Susan Ann Mason ndil@geracilaw.com
          Michael N Burke    on behalf of Creditor    Nationstar Mortgage LLC
           bk_il_notice@fisherandshapirolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard B Aronow    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           raronow@logs.com,  BK_IL_Notice@fisherandshapirolaw.com
          Richard B Aronow    on behalf of Creditor    Nationstar Mortgage LLC raronow@logs.com,
           BK_IL_Notice@fisherandshapirolaw.com
          Tom   Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                             TOTAL: 8
```